IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RABO AGRIFINANCE, INC.                                                                          PLAINTIFF

VS.                                    Case No. 2:14-cv-111-JM

TURNER GRAIN MERCHANDISING, INC.;                                                DEFENDANT
JASON T. COLEMAN; and
DALE BARTLETT

**ORDER**

For good cause shown, Defendant, Jason Coleman's, request for enlargement of time to file an answer, defenses, counterclaims, and cross-claims is granted, and the time is enlarged until further orders of this Court.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATE:_____

Prepared by:

*/s/ Lisa C. Ballard*
Lisa C. Ballard
BALLARD & BALLARD, P.A.
425 W. Broadway, Suite N
North Little Rock, Arkansas 72114
Tel: (501) 244-9544
Fax: (501)244-9828
E-mail: lisa@ballardandballard.net
*Attorney for Jason Coleman, Defendant*